# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

                              Case No. 02-CR-75
                              USCA    04-1665

    -vs-

**ERIC R. BESTE,**

        Defendant.

## ORDER

The Court has reviewed the record, briefs, and arguments relative to the issue of whether or not, in light of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738 (2005), and its progeny, the defendant Eric R. Beste ("Beste") should be re-sentenced.

The Court concludes that Beste should be re-sentenced.

Dated at Milwaukee, Wisconsin, this 22nd day of June, 2006.

                              **SO ORDERED,**

                              **s/ Rudolph T. Randa**
                              **HON. RUDOLPH T. RANDA**
                              **Chief Judge**